# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 10/23/2024
Case: 2:23–bk–08678–BKM     Form ID: pdf010     Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | SLSLT Underlying Trust 2020–1 | |
| cr | LAKEVIEW LOAN SERVICING, LLC | |
| 17135460 | Pinnacle Credit Services, LLC | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | RUSSELL BROWN | mail@ch13bk.com |
| aty | CANDACE E KALLEN | candace@myazlawyers.com |
| aty | LEONARD J. MCDONALD, JR. | ecf@tblaw.com |
| aty | RUSSELL BROWN | mail@ch13bk.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db KAYLA STEWART 863 S DEL RANCHO MESA, AZ 85208
smg AZ DEPARTMENT OF REVENUE BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007–2650
17135447 Aaron's Sales & Lease Attn: Legal Dept 400 Galleria Pkwy Se, Suite 300 Atlanta GA 30339
17135448 Aaron's Sales & Lease Attn: Legal Dept 400 Galleria Pkwy Se, Suite 300 Atlanta GA 30339
17135449 Acima Credit 9815 South Monroe Street 4th Floor Sandy UT 84070
17135450 Arizona Department of Revenue 1600 W. Monroe St. Phoenix AZ 85007
17174477 BAYWOOD MEDICAL CENTER C/O WAKEFIELD & ASSOCIATES LLC PO BOX 51272 KNOXVILLE, TN 37950–1272
17135451 Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City UT 84130
17135452 Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City UT 84130
17135453 Capital One Auto Finance Attn: Bankruptcy 7933 Preston Rd Plano TX 75024
17141598 Capital One N.A. by American InfoSource as agent PO Box 71083 Charlotte, NC 28272–1083
17135454 Chase Card Services Attn: Bankruptcy P.O. 15298 Wilmington DE 19850
17135455 Chex Systems Inc Attn: Consumer Relations 7805 Hudson Road, Suite 100 Saint Paul MN 55125
17135456 Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101
17154252 JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001
17169568 Jefferson Capital Systems, LLC PO Box 7999 St. Cloud MN 56302–9617
17188457 Lakeview Loan Servicing, LLC Seventh Floor Camelback Esplanade II 2525 E. Camelback Rd, Phoenix, AZ 85016
17135457 LoanCare, LLC Attn: Bankruptcy/Consumer Solution Dept P.O. Box 8068 Virginia Beach VA 23450
17135458 NetCredit 175 W Jackson Blvd Suite 1000 Chicago, IL 60604
17135459 Parkwood Ranch Community Master Ass 633 E Ray Rd Ste 122 Gilbert AZ 85296
17183799 Pinnacle Credit Services, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587
17139463 SLSLT UNDERLYING TRUST 2020–1 c/o Weltman, Weinberg & Reis Co., LPA 965 Keynote Circle Cleveland, OH 44131
17135465 SLSLT Underlying Trust 2020–1 101 North Tryon St Charlotte NC 28246
17135461 Sallie Mae, Inc Attn: Bankruptcy Po Box 9500 Wilkes Barre PA 18773
17135462 Sallie Mae, Inc Attn: Bankruptcy Po Box 9500 Wilkes Barre PA 18773
17135463 Sallie Mae, Inc Attn: Bankruptcy Po Box 9500 Wilkes Barre PA 18773
17135464 Sallie Mae, Inc Attn: Bankruptcy Po Box 9500 Wilkes Barre PA 18773
17135466 Sunlight/crb Sunlight Financial Llc Charlotte NC 28246
17135467 Synchrony Bank/Care Credit Attn: Bankruptcy Dept Po Box 965064 Orlando FL 32896
17135468 Tiffany & Bosco 2525 E Camelback Road #700 Phoenix AZ 85016
17135470 VW Credit, Inc Attn: Bankruptcy Po Box 3 Hillsboro OR 97123
17171362 VW Credit, Inc. PO Box 9013 Addison, Texas 75001
17135469 Volkswagen Credit, Inc Attn: Bankruptcy Po Box 3 Hillsboro OR 97123

TOTAL: 33