# Notice Recipients

District/Off: 0970–2   User: admin   Date Created: 10/23/2024
Case: 2:23–bk–08678–BKM   Form ID: nch13pln   Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | SLSLT Underlying Trust 2020–1 | |
| cr | LAKEVIEW LOAN SERVICING, LLC | |
| 17135460 | Pinnacle Credit Services, LLC | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | RUSSELL BROWN | mail@ch13bk.com |
| aty | CANDACE E KALLEN | candace@myazlawyers.com |
| aty | LEONARD J. MCDONALD, JR. | ecf@tblaw.com |
| aty | RUSSELL BROWN | mail@ch13bk.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | KAYLA STEWART | 863 S DEL RANCHO | MESA, AZ 85208 | |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007–2650 |
| 17135447 | Aaron's Sales & Lease | Attn: Legal Dept | 400 Galleria Pkwy Se, Suite 300 | Atlanta GA 30339 |
| 17135448 | Aaron's Sales & Lease | Attn: Legal Dept | 400 Galleria Pkwy Se, Suite 300 | Atlanta GA 30339 |
| 17135449 | Acima Credit | 9815 South Monroe Street | 4th Floor | Sandy UT 84070 |
| 17135450 | Arizona Department of Revenue | 1600 W. Monroe St. | Phoenix AZ 85007 | |
| 17174477 | BAYWOOD MEDICAL CENTER | C/O WAKEFIELD & ASSOCIATES LLC | PO BOX 51272 | KNOXVILLE, TN 37950–1272 |
| 17135451 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130 |
| 17135452 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130 |
| 17135453 | Capital One Auto Finance | Attn: Bankruptcy | 7933 Preston Rd | Plano TX 75024 |
| 17141598 | Capital One N.A. | by American InfoSource as agent | PO Box 71083 | Charlotte, NC 28272–1083 |
| 17135454 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington DE 19850 |
| 17135455 | Chex Systems Inc | Attn: Consumer Relations | 7805 Hudson Road, Suite 100 | Saint Paul MN 55125 |
| 17135456 | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia PA 19101 |
| 17154252 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, Texas 75001 |
| 17169568 | Jefferson Capital Systems, LLC | PO Box 7999 | St. Cloud MN 56302–9617 | |
| 17188457 | Lakeview Loan Servicing, LLC | Seventh Floor Camelback Esplanade II | 2525 E. Camelback Rd, Phoenix, AZ 85016 | |
| 17135457 | LoanCare, LLC | Attn: Bankruptcy/Consumer Solution Dept | P.O. Box 8068 | Virginia Beach VA 23450 |
| 17135458 | NetCredit | 175 W Jackson Blvd | Suite 1000 | Chicago, IL 60604 |
| 17135459 | Parkwood Ranch Community Master Ass | 633 E Ray Rd Ste 122 | Gilbert AZ 85296 | |
| 17183799 | Pinnacle Credit Services, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 17139463 | SLSLT UNDERLYING TRUST 2020–1 | c/o Weltman, Weinberg & Reis Co., LPA | 965 Keynote Circle | Cleveland, OH 44131 |
| 17135465 | SLSLT Underlying Trust 2020–1 | 101 North Tryon St | Charlotte NC 28246 | |
| 17135461 | Sallie Mae, Inc | Attn: Bankruptcy | Po Box 9500 | Wilkes Barre PA 18773 |
| 17135462 | Sallie Mae, Inc | Attn: Bankruptcy | Po Box 9500 | Wilkes Barre PA 18773 |
| 17135463 | Sallie Mae, Inc | Attn: Bankruptcy | Po Box 9500 | Wilkes Barre PA 18773 |
| 17135464 | Sallie Mae, Inc | Attn: Bankruptcy | Po Box 9500 | Wilkes Barre PA 18773 |
| 17135466 | Sunlight/crb | Sunlight Financial Llc | Charlotte NC 28246 | |
| 17135467 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965064 | Orlando FL 32896 |
| 17135468 | Tiffany & Bosco | 2525 E Camelback Road #700 | Phoenix AZ 85016 | |
| 17135470 | VW Credit, Inc | Attn: Bankruptcy | Po Box 3 | Hillsboro OR 97123 |
| 17171362 | VW Credit, Inc. | PO Box 9013 | Addison, Texas 75001 | |
| 17135469 | Volkswagen Credit, Inc | Attn: Bankruptcy | Po Box 3 | Hillsboro OR 97123 |

TOTAL: 33